**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MELISSA MOHR                                                                            PLAINTIFF

V.                                    4:10-cv-01089-JMM-JTK

CO KYLE, et al.                                                                         DEFENDANTS

## ORDER

Defendants Katie Kyle, Gary Andrews (originally identified by Plaintiff as "Anderson"),

Howard Hall, and Tabatha "Lindsay" Henderson (originally identified as "Linsy"), through their

attorney, have answered and supplied their correct names (Doc. No. 31). The Clerk is directed to

change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 24th day of March, 2011.

_____
 JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE