**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA MOHR                                                                                              PLAINTIFF

v.                                          4:10-cv-01089-JMM-JTK

KYLE, et al.                                                                                              DEFENDANTS

## **ORDER**

This matter is before the Court on the Motion to Set Aside Service of Process, filed by Defendants Shannon Wilkerson, Machele Piechocki, Megan Childers, Tina Kittredge, and Kyle Sean (Doc. No. 29).

In support of this Motion, Defendants state they were not properly served with Plaintiff's Complaint pursuant to FED.R.CIV.P. 5(b), because they were not employed with Faulkner County when the summonses which were sent to the Faulkner County Detention Facility were accepted on their behalf. Defendants state as a result they have not properly received notice of being served with summons and a copy of Plaintiff's Complaint. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion to Set Aside Service of Process filed by Defendants Wilkerson, Piechocki, Childers, Kittredge, and Sean (Doc. No. 29) is GRANTED.

IT IS FURTHER ORDERED that Defendants shall provide the last-known addresses for these Defendants within ten days of the date of this Order.

IT IS SO ORDERED this 24th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE