**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA MOHR                                                                                              PLAINTIFF

4:10-cv-01089-JMM-JTK

SGT. PASKYIE, et al.                                                                                    DEFENDANTS

**ORDER**

By Order dated March 24, 2011, this Court directed Defendants to provide the last-known addresses of Defendants Wilkerson, Piechocki, Childers, Kittredge, and Sean, who have not yet been served (Doc. No. 34). Defendants have responded to the Court with last-known addresses for all but Sean, stating their records do not reflect a former employee by that name (Doc. No. 36). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Wilkerson, Piechocki, Childers, and Kittredge, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (Doc. Nos. 2, 8) on Defendants, at the addresses set forth in the Defendants' Response (Doc. No. 36), without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Plaintiff shall provide additional identifying information about Defendant Kyle Sean within ten days of the date of this Order.

IT IS SO ORDERED this 14th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE