**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA A. MOHR                                                                                              PLAINTIFF

v.                                          4:10-cv-01089-JMM-JTK

GARY ANDREWS, et al.                                                                              DEFENDANTS

**ORDER**

On April 20, 2011, a copy of the April 14, 2011 Order which was mailed to Plaintiff at her last-known address, was returned to Sender (Doc. No. 39).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed her address, this Order will be sent to her last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of her current address and her intent to continue prosecution with this action, pro se, within fifteen days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint.

IT IS SO ORDERED this 24th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1