**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA A. MOHR                                                                                          PLAINTIFF

v.                                         4:10-cv-01089-JMM-JTK

GARY ANDREWS, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 31st day of May, 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE